David R. Koch (Bar No. 8830)
KOCH & SCOW LLC
11500 S. Eastern Ave., Suite 110
Henderson, NV  89052
Tel: (702) 318-5040
Fax: (702) 318-5039

Attorneys for Defendant RAMCO Masonry, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMCO MASONRY, INC.,<br><br>    Defendants. | Case No. 2:06-CV-00347-LRH-LRL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (First Request)** |

The parties to this action hereby stipulate and agree as follows:

WHEREAS, plaintiffs filed and served a First Amended Complaint in this action on August 8, 2007, and Ramco Masonry, Inc.'s response to the First Amended Complaint was due on August 28, 2007;

WHEREAS, plaintiffs and defendant have been engaged in settlement discussions, which include the review and/or audit of certain records that are relevant to this dispute;

1

WHEREAS, prior to the expiration of Ramco's time to respond to the First Amended Complaint, plaintiffs agreed to extend the time for Ramco to respond by sixty days in order to permit the parties to conduct a review and/or audit of the records necessary in order to effect the settlement that has been discussed and agreed to in principle by the parties;

THEREFORE, the parties jointly agree that defendant Ramco Masonry, Inc.'s time to respond to the First Amended Complaint in this action shall be extended until October 29, 2007, which constitutes an extension of sixty days (with the last day falling on a Saturday).

Dated: September 11, 2007  **KOCH & SCOW LLC**

By: /s/ David R. Koch
David R. Koch
Attorneys for Defendant

Dated: September 11, 2007  **BROWNSTEIN HYATT FARBER SCHRECK, P.C.**

By: /s/ Michael V. Infuso
Michael V. Infuso
Attorneys for Plaintiffs

**IT IS SO ORDERED**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  September 14, 2007

2